ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MARGARET L. CARTER (Cal. Bar No. 220637)
Assistant United States Attorney
Public Corruption and Civil Rights Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7413
    Facsimile: (213) 894-6436
    maggie.carter@usdoj.gov

Attorneys for Complainant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>JAROSLAV MELKA,<br><br>A Fugitive from the Government of the Czech Republic | CV No. 12-3198-R(E)<br><br>[~~PROPOSED~~] ORDER |

# O R D E R

JAROSLAV MELKA ("the fugitive"), having appeared before the undersigned judicial officer, represented by counsel, on May 7, 2012, and having entered into the foregoing stipulation,

IT IS HEREBY FOUND as follows:

1. The fugitive's stipulation to all elements of extradition is intelligent and voluntary and are made after he was fully advised of his rights in this country pursuant to the extradition treaty in force between the United States and the Czech Republic and applicable federal statutes.

2. The fugitive has been convicted in the Czech Republic of the three counts of embezzlement on January 28, 2003, and of two counts of fraud on July 29, 2004. On May 6, 2005, the District Court in Prostějov, in the Czech Republic, issued an international arrest warrant for the fugitive's arrest.

3. All the elements of extradition are met as to each offense, specifically:

    a. The assigned judicial officer, United States Magistrate Judge Charles F. Eick, and the court on which that judicial officer sits, have jurisdiction to conduct extradition proceedings.

    b. The assigned judicial officer, United States Magistrate Judge Charles F. Eick, and the court on which that judicial officer sits, have jurisdiction over the fugitive.

    c. An extradition treaty is in force between the United States of America and the Czech Republic ("the Extradition Treaty").

    d. The fugitive is sought for offenses for which the applicable treaty permits extradition.

    e. The fugitive is the individual who is charged in the Czech Republic arrest warrant and there is probable cause to believe him guilty of each of the charged offenses.

4. There are no facts that bar the extradition of the fugitive under the Extradition Treaty.

FURTHERMORE, based on the foregoing findings, the undersigned judicial officer HEREBY CERTIFIES THE FUGITIVE'S EXTRADITABILITY and ORDERS that the Clerk of the Court forward this Order to the United States Secretary of State for the

1 issuance of a surrender warrant or such other actions as the
2 Secretary of State may deem appropriate. The Clerk of Court
3 shall send a certified copy of this Order to:
4 Tom Heinemann -- ATTN: Gwen Harris
Law Enforcement and Intelligence
5 Office of the Legal Advisor
L/LEI, Room 5419A, N.S.
6 United States Department of State
2201 C Street, N.W.
7 Washington, D.C. 20520-6417

8 IT IS SO FOUND AND ORDERED this  14th day of  MAY , 2012.

_____
HONORABLE CHARLES F. EICK
United States Magistrate Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney

_____
MARGARET L. CARTER
Assistant United States Attorney